```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JILL M. THOMAS
    Assistant U.S. Attorney
 3  CHRIS CHANG
    JUSTIN L. LEE
 4  Special Assistant U.S. Attorneys
    501 I Street, Suite 10-100
 5  Sacramento, California  95814
    Telephone: (916) 554-2700
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )  2:12-CR-00013-CKD
                                )
12              Plaintiff,      )  STIPULATION AND PROTECTIVE ORDER
                                )  RE: DISSEMINATION OF HENTHORN
13       v.                     )  MATERIALS
                                )
14  RODNEY L. TAYLOR,           )
                                )
15              Defendant.      )
    _____)
16
```

17
18     IT IS HEREBY STIPULATED AND AGREED among the parties and their
19 respective counsel, Justin L. Lee, Special Assistant U.S. Attorney,
20 representing plaintiff United States of America, and Jennifer Noble,
21 representing defendant Rodney Taylor, that the documents that will
22 be provided to defense counsel pursuant to *United States v.*
23 *Henthorn*, 931 F.2d 29 (9th Cir. 1991) in this case are subject to
24 limitations on dissemination as set forth herein.  The parties
25 respectfully request that the court order these limitations by
26 signing this Stipulation and entering it on the record as a
27 Protective Order applicable to all *Henthorn* material provided by the
28 government to defense counsel in this case.

1 | The parties agree that the *Henthorn* material in this case
2 | contains "Protected Information," which is defined here as including
3 | the names, disciplinary actions, and conduct of a specific law
4 | enforcement officer involved in this case.
5 | Defense counsel agrees not to share any documents that contain
6 | Protected Information with anyone other than defense counsel and
7 | defense counsel's support staff.  Defense counsel may permit the
8 | defendant to view the documents in the presence of his defense
9 | counsel and support staff, so long as defense counsel and support
10 | staff do not allow the defendant to copy or retain copies of the
11 | Protected Information.
12 | In the event that the defendant substitutes counsel,
13 | undersigned defense counsel agrees to withhold documents containing
14 | Protected Information from new counsel unless and until substituted
15 | counsel agrees also to be bound by this Stipulation and [Proposed]
16 | Protective Order.

DATE: June 14, 2012          BENJAMIN B. WAGNER
                             United States Attorney

                        By:  /s/ Justin L. Lee
                             JUSTIN L. LEE
                             Special Assistant U.S. Attorney

DATE: June 14, 2012          /s/ Jennifer Noble
                             JENNIFER NOBLE
                             Attorney for Rodney Taylor

**IT IS SO ORDERED:**

DATED: June 14, 2012         /s/ Carolyn K. Delaney
                             HON. CAROLYN K. DELANEY
                             United States Magistrate Judge